## GIBSON vs. HAMELL.

COLUMBIANA.
December 1816

Gibson
v.
Hamell.

In assumpsit on the warranty of soundness in an exchange of horses, the plaintiff must prove an express warranty.

The *law* does not imply any warranty of the *quality* of chattels sold or exchanged.

ASSUMPSIT on a warranty of soundness in an exchange of horses.

PLEA—Non-assumpsit.

EVIDENCE.—The plaintiff and defendant met at a tavern, and had some conversation about exchanging horses. They could not agree on the terms, and left it to three men to say how they should trade. The plaintiff expressed some fears that if they traded the defendant would *rue*. The defendant assured the plaintiff that he would not *rue*, and offered to give security to that effect. The defendant told the plaintiff that his horse had been sick of the *hooks*, and was wholly unfit for any kind of work; that he was also weak in the back, but that he thought he was recovering. The men awarded that the plaintiff should give the defendant $6 in the exchange. The defendant agreed to abate one dollar, on account of his horse being destitute of shoes. The plaintiff paid $5, and the parties exchanged horses. The plaintiff immediately put his horse to a waggon, and attempted to drive up a steep icy hill, the horse fell down several times, was severely beaten, left on the ground, and died the next day. The other horse died five or six weeks afterwards; neither was of any value.

BLOCKSOM, for the plaintiff, argued to the jury, that the evidence fully supported the action.

PRESIDENT.—Mr. Blocksom, what evidence have you given of a warranty?

BLOCKSOM.—If we have not proven an express warranty, we hope and expect to recover on the implied warranty.

PRESIDENT.—In the sale or exchange of personal chattels, the law implies a warranty as to the property, but not as to the quality; proof of fraud will not do, if even that was made out. You have declared

on an express warranty, you must give evidence of an <span style="float:right">COLUMBIANA.</span> express warranty, or your action is not supported. It <span style="float:right">December 1816</span> seems to me, that your evidence negatives all pretence of <span style="float:right">Ohio<br>*v.*</span> warranty as to the soundness, and that you cannot sustain <span style="float:right">Wallahan and<br>two others.</span> the action.

Plaintiff's counsel consented to a verdict for the defendant.

WRIGHT and REDICK, for defendant.